IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY PARIZEAU, | Cause No. CV 22-27-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| BRINEY ET AL., | |
| Defendants. | |

Plaintiff Anthony Parizeau filed a Complaint regarding conditions of confinement at Lake County Jail, Polson, Montana. (Doc. 1.) On February 1, 2022, this Court directed him to pay his filing fee or move to proceed in forma pauperis by February 18, 2022. (Doc. 2.) He was also advised to update the Court with his address or risk dismissal. He has not filed his motion, paid his fee, or updated his address.

It is therefore HEREBY ORDERED that this matter is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is directed to close the case.

DATED this __28th__ day of February, 2022.

_/s/ Donald W. Molloy_  14:45 PM
Donald W. Molloy
United States District Court Judge

1